**Osama FRANCIS, Petitioner,**

v.

**Steven CAMBRA, Jr., Warden, Respondent.**

**No. 02–56037.**

**D.C. No. CV–01–00363–JTM.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 7, 2003.

Decided Aug. 19, 2003.

Before KOZINSKI, T.G. NELSON, Circuit Judges, and RESTANI,* Judge.

**MEMORANDUM ***

We expand the certificate of appealability to encompass the issue of whether Francis exhausted his claims that his Sixth Amendment rights to an impartial jury and to a unanimous jury were violated. *See* 9th Cir. R. 22–1. Francis fairly presented these claims in his state appeals by citing federal case law. *See Lyons v. Crawford*, 232 F.3d 666, 670 (9th Cir.2000), *as amended by* 247 F.3d 904 (9th Cir. 2001). Francis's claims are therefore exhausted.

We reverse the district court's dismissal without prejudice and remand for further proceedings consistent with out holding.

**REVERSED AND REMANDED.**

---

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.